UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAH MIRZA,<br><br>        Plaintiff,<br><br>    v.<br><br>ISADORA TUUFULI,<br><br>        Defendant. | Case No. 3:17-cv-06959-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. No. 5 |

On January 10, 2018, Magistrate Judge Maria-Elena James issued a Report and Recommendation recommending that this case be remanded to Alameda County Superior Court and Tuufuli's Application to Proceed In Forma Pauperis (IFP Application) be denied as moot. Dkt. No. 5. Objections to Judge James's recommendation were due by January 24, 2018. Fed. Rule Civ. P. 72(b); Civil L. R. 72-3. As of today's date, no objections have been filed. Having reviewed the Report and Recommendation, as well as the record in this case, I ADOPT Judge James's Report and Recommendation in full. This case is REMANDED to Alameda County Superior Court for lack of jurisdiction, and the IFP Application is DENIED as MOOT.

**IT IS SO ORDERED.**

Dated: January 31, 2018

William H. Orrick
United States District Judge